# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JAMES R. AURSBY,** | ) |
| Plaintiff, | ) Case No. 7:21CV00339 |
| v. | ) **FINAL ORDER** |
| **KYLE THOMAS RICHARDSON, ET AL.,** | ) JUDGE JAMES P. JONES |
| Defendants. | ) |

For the reasons stated, it is **ORDERED** that this action is DISMISSED and the Clerk shall close the case.

ENTER: September 6, 2022

/s/ JAMES P. JONES
Senior United States District Judge