FILED: August 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7103
(7:21-cv-00339-JPJ-PMS)

_____

JAMES R. AURSBY

      Plaintiff - Appellant

v.

KYLE THOMAS RICHARDSON; IRENE PAYNE HYRE; HIRAM MACPHERSON; STEVEN HERRICK; KYLE ALEXANDER SMITH; GREGORY BRIAN SAATHOFF; STEVE CLINK; DAVID SMITH; HAROLD W. CLARKE; CHEVROLET, INC.; DAMERON, R.N.; WOODSON, Warden; D. GREGORY, N.R.C.; P. WHITE, Warden

      Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered May 25, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*